1  B. CLYDE HUTCHINSON, State Bar No. 037526
   bch@llcllp.com
2  VINCENT CASTILLO, State Bar No. 209298
   vcastillo@llcllp.com
3  LIZA SIU MENDOZA, State Bar No. 242493
   lsiumendoza@llcllp.com
4  LOMBARDI, LOPER & CONANT, LLP
   Lake Merritt Plaza
5  1999 Harrison Street, Suite 2600
   Oakland, CA  94612-3541
6  Telephone:    (510) 433-2600
   Facsimile:    (510) 433-2699

7
   Attorneys for Defendant
8  NATIONAL RAILROAD
   PASSENGER CORPORATION

9

10              UNITED STATES DISTRICT COURT

11      EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

12  VIRGINIA DIANE SHELL,              Case No. 1:08-cv-00897 SMS

13              Plaintiff,             **STIPULATION TO EXTEND DISCOVERY
                                       DEADLINES;**
14      v.

15  AMTRAK, a corporation; NATIONAL    **ORDER**
    RAILROAD PASSENGER
16  CORPORATION, a corporation; and
    ROES 1 to 100, inclusive,
17
                Defendants.
18

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

LOMBARDI, LOPER & CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA  94612-3541

PDF created with pdfFactory trial version www.pdffactory.com

LOMBARDI, LOPER & CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA 94612-3541

1    IT IS HEREBY STIPULATED by and between Plaintiff VIRGINIA DIANE SHELL

2    ("Plaintiff") and Defendant NATIONAL RAILROAD PASSENGER CORPORATION

3    ("Defendant"), through their designated counsel, to extend the following discovery deadlines:

4

| | Current Deadline | New Stipulated Deadline |
|---|---|---|
| Non Expert Discovery Cut Off | 5/1/09 | 7/2/09 |
| Expert Disclosure | 5/1/09 | 7/2/09 |
| Supplemental Expert Disclosure | 5/22/09 | 7/17/09 |
| Expert Discovery Cut Off | 7/2/09 | 9/2/09 |

9    This stipulation does not and will not change the trial date set for November 2, 2009.

10   Dated: April 7, 2009                    MARDEROSIAN, RUNYON, CERCONE,
11                                           LAHMAN & ARMO

12

13                                           By:_____/s/ Michael G. Marderosian_____
                                                   MICHAEL G. MARDEROSIAN
14                                                 Attorneys for Plaintiff
                                                   VIRGINIA DIANE SHELL

15

16   Dated: April 6, 2009                    LOMBARDI, LOPER & CONANT, LLP

17

18                                           By:_____/s/ Liza Siu Mendoza_____
                                                   LIZA SIU MENDOZA
19                                                 Attorneys for Defendant
                                                   NATIONAL RAILROAD PASSENGER
20                                                 CORPORATION

21   IT IS SO ORDERED:

22

23   DATED:  _April 10, 2009_

24                                                _/s/ Sandra M. Snyder_____
                                                 HONORABLE SANDRA M. SNYDER
25                                               UNITED STATES MAGISTRATE JUDGE

26

27

28

PDF created with pdfFactory trial version www.pdffactory.com