B. CLYDE HUTCHINSON, State Bar No. 037526
bch@llcllp.com
VINCENT CASTILLO, State Bar No. 209298
vcastillo@llcllp.com
LIZA SIU MENDOZA, State Bar No. 242493
lsiumendoza@llcllp.com
LOMBARDI, LOPER & CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA 94612-3541
Telephone: (510) 433-2600
Facsimile: (510) 433-2699

Attorneys for Defendant
NATIONAL RAILROAD
PASSENGER CORPORATION

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| VIRGINIA DIANE SHELL,<br><br>Plaintiff,<br><br>v.<br><br>AMTRAK, a corporation; NATIONAL RAILROAD PASSENGER CORPORATION, a corporation; and ROES 1 to 100, inclusive,<br><br>Defendants. | Case No. 1:08-cv-00897 SMS<br><br>**STIPULATION TO INDEPENDENT MEDICAL EXAMINATION PURSUANT TO RULE 35 OF THE FEDERAL RULES OF CIVIL PROCEDURE;**<br><br>**ORDER** |

IT IS HEREBY STIPULATED by and between Plaintiff VIRGINIA DIANE SHELL ("Plaintiff") and Defendant NATIONAL RAILROAD PASSENGER CORPORATION. ("Defendant"), through their designated counsel, that Plaintiff will undergo a physical examination pursuant to Rule 35 of the Federal Rules of Civil Procedure. Said examination shall take place on **May 26, 2009 at 9:00 a.m.** and will be conducted by Donald R. Huene, M.D. at the offices of Donald R. Huene, M.D., Inc., 201 N. Valeria, Fresno, California 93701, Telephone: (559) 233-2541.

This examination will be conducted for the purpose of determining the nature and extent of Plaintiff's physical injuries and the relationship thereof to the accident which is the subject of this litigation, and will consist of all necessary and customary activities required to make such a

PDF created with pdfFactory trial version www.pdffactory.com

determination, including but not limited to medical history, radiographic studies, history of accident in question, and physical examination and evaluation. Photographs of Plaintiff's injuries may be taken for use at trial.

Plaintiff shall be responsible for the doctor's customary cancellation fee of $500 should she fail to appear for the scheduled examination, or should she fail to provide Dr. Huene with notice that she will not appear for the same according to Dr. Huene's cancellation policy as follows.

| | |
|---|---|
| Cancel Before 14 days of IME | No Fee Due; |
| Cancel Between 7-14 days before IME | 50% Fee Due; and |
| Cancel Less than 7 days before IME | Full Fee Due ($500). |

IT IS FURTHER STIPULATED that Defendant will provide to Plaintiff a copy of a detailed written report setting out the history, examinations, findings, including the results of all tests made, diagnoses, prognoses, and conclusions of the examiner, Donald R. Huene, M.D., within 15 days upon defendant's receipt of same.

Dated: April 9, 2009      MARDEROSIAN, RUNYON, CERCONE,
                          LAHMAN & ARMO

                          By:      /s/ Michael G. Marderosian
                          _____
                              MICHAEL G. MARDEROSIAN
                                 Attorneys for Plaintiff
                               VIRGINIA DIANE SHELL
Dated: April 9, 2009      LOMBARDI, LOPER & CONANT, LLP

                          By:      /s/ Liza Siu Mendoza
                          _____
                                  LIZA SIU MENDOZA
                                Attorneys for Defendant
                          NATIONAL RAILROAD PASSENGER
                                    CORPORATION

IT IS SO ORDERED:

DATED: __April 10, 2009__

                              /s/ Sandra M. Snyder
                          _____
                          HONORABLE SANDRA M. SNYDER
                          UNITED STATES MAGISTRATE JUDGE

PDF created with pdfFactory trial version www.pdffactory.com

LOMBARDI, LOPER & CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA 94612-3541