1  Michael G. Marderosian, No. 77296
   MARDEROSIAN, RUNYON, CERCONE,
2    LEHMAN & ARMO
   1260 Fulton Mall
3  Fresno, CA 93721
   Telephone: (559) 441-7991
4  Facsimile: (559) 441-8170

5  Attorneys for: Plaintiff VIRGINIA DIANE SHELL

UNITED STATES DISTRICT COURT

EASTERN DISTRICT / FRESNO DIVISION

| | |
|---|---|
| VIRGINIA DIANE SHELL,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>AMTRAK, a corporation, NATIONAL RAILROAD PASSENGER CORPORATION, a corporation, and DOES 1 through 100, inclusive,<br><br>　　　　Defendants. | Case No. 1:08-CV-00897 SMS<br><br>**STIPULATED DISMISSAL AND ORDER** |

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties hereto, through their respective counsel, that defendants AMTRAK, a corporation, and NATIONAL RAILROAD PASSENGER CORPORATION, a corporation, be dismissed with prejudice in this case.

Dated: June 22, 2009                    MARDEROSIAN, RUNYON, CERCONE
　　　　　　　　　　　　　　　　　　　　LEHMAN & ARMO


　　　　　　　　　　　　　　　　　By: /s/ Michael G. Marderosian
　　　　　　　　　　　　　　　　　　　Michael G. Marderosian,
　　　　　　　　　　　　　　　　　　　Attorney for plaintiff above-named.

Dated: June 22, 2009                    LOMBARDI, LOPER & CONANT LLP


　　　　　　　　　　　　　　　　　By: /s/ Vincent Castillo
　　　　　　　　　　　　　　　　　　　Vincent Castillo,
　　　　　　　　　　　　　　　　　　　Attorney for defendants above-named.

**ORDER**

The stipulation of the parties having been read and considered by the Court, and good cause appearing therefor:

**IT IS HEREBY ORDERED** that the above entitled action be dismissed with prejudice.

IT IS SO ORDERED.

Dated:  June 22, 2009                        /s/ Sandra M. Snyder
                                    UNITED STATES MAGISTRATE JUDGE